

# Fourth Court of Appeals
## San Antonio, Texas

August 26, 2016

No. 04-16-00484-CR

**IN RE** Juan Guzman **ZUNIGA**, Jr**.**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:        Sandee Bryan Marion, Chief Justice
                Patricia O. Alvarez, Justice
                Jason Pulliam, Justice

     On August 23, 2016, Respondent filed a motion for extension of time to file a response to the petition for writ of mandamus. The motion is GRANTED. A response on behalf of the Respondent is due September 30, 2016.

     It is so **ORDERED** on August 26, 2016.

PER CURIAM

ATTESTED TO: _____
                Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 2006CR5239, styled *State v. Juan Guzman Zuniga*, pending in the 186th Judicial District Court, Bexar County, Texas, the Honorable Jefferson Moore presiding.